01
02
03
04
05

06           UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08 DETELIN DRAGANOV,                    )
                                         )   CASE NO. C14-0311-RSM
09      Plaintiff,                       )
                                         )
10      v.                               )   ORDER DENYING IN FORMA
                                         )   PAUPERIS REQUEST
11 BELLEVUE POLICE DEPARTMENT,           )
                                         )
12      Defendant.                       )
   _____ )
13

14      The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP),

15 the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and

16 the remaining record, does hereby find and ORDER:

17      (1)     The Court adopts the Report and Recommendation;

18      (2)     Plaintiff's IFP application is DENIED based on his monthly salary and amount

19 of funds in his checking account. Plaintiff is directed to pay the full filing fee of $400 within

20 **thirty (30) days** of the date of signature below.  If the filing fee is not paid, this case will be

21 dismissed;

22      (3)     The Clerk shall file the complaint only on receipt of the filing fee.  If no filing

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -1

fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

    (4)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 14 day of April 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -2